BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

FEB 24 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA<br><br>2101 River Road<br>Modesto, CA  95351 | CASE NO. 2:15-SW-0055 AC<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |
|---|---|

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 2/24/15                                   _____
                                                                Hon. Allison Claire
                                                                U.S. MAGISTRATE JUDGE

SEALING ORDER                                                 1