BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA<br><br>2101 River Road<br>Modesto, CA 95351 | CASE NO. 2:15-SW-0055-AC<br><br>[PROPOSED] ORDER TO UNSEAL DOCUMENTS |

FILED
MAR 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding, 2:15-SW-0055-AC, shall be and here by is unsealed.

Dated: March 13, 2015

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

2